Alex D. **TAYLOR**, Plaintiff–Appellant,

v.

Thierry **NETTLES**, Major; Leslie Davis, Lieutenant; V. Stafford, Sergeant; Barry Robinson, Corporal, Defendants–Appellees.

No. 12–7697.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2013.

Decided: Feb. 7, 2013.

Alex D. Taylor, Appellant Pro Se. Christopher Thomas Dorsel, Sandra J. Senn, Senn Legal, LLC, Charleston, South Carolina, for Appellees.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Nettles*, No. 1:11–cv–01479–TLW–SVH, 2012 WL 4324444 (D.S.C. Sept. 20, 2012). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*